**Motion GRANTED.**
The revocation hearing is
RESET for 11/21/2017 at
11:00 a.m.

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:16-00017 |
| | ) | JUDGE TRAUGER |
| | ) | |
| THOMAS CLARK | ) | |

### MOTION TO CONTINUE REVOCATION HEARING

This matter has been set for a revocation hearing on October 13, 2017.  Due to a recent death in the family, AUSA Myers will be unable to attend the hearing on that date and respectfully requests a continuance. Defense counsel is not opposed to this request and, in fact, learned that Mr. Thomas' state hearing was recently reset for November 9, 2017.  Therefore, the United States respectfully moves this Court for a continuance until after November 9, 2017.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney for the
Middle District of Tennessee

BY: s/ Sara Beth Myers
Sara Beth Myers
Assistant United States Attorney
110th Avenue South, A96l
Nashville, Tennessee 37203
Phone:  615-401-6594